UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 11, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD IAN FERGUSON,

    Defendant.

Case No. 2:07-cr-00120-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TODD IAN FERGUSON, Case No. 2:07-cr-00120-WBS, Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 50,000.00.

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    _X_ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 11, 2024 at 3:40 p.m.

By: _/s/ Jeremy Peterson_

Magistrate Judge Jeremy D. Peterson