MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:     (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

 Plaintiff,

 v.

TODD IAN FERGUSON,

        Defendant.

Case No. 07-CR-120-WBS

**STIPULATION REMOVING CERTAIN PRE-TRIAL RELEASE CONDITIONS; ORDER**

_____

Mr. Ferguson is charged by way of 2008 indictment for a violation of 21 U.S.C. §§ 841, 846 for conspiracy to distribute and possess with intent to distribute marijuana and possession with intent to distribute marijuana.  Dkt. 40.  On December 18, 2023, this Court set conditions of pre-trial release for Mr. Ferugson to include the posting of $50,000 cash bond, submission to location-monitoring by the Pre-Trial Services Office, and home detention. Dkt. 266.

Mr. Ferguson has been in full compliance with these conditions for 90 days.  Given his record of compliance, the parties stipulate to removal of the conditions requiring 1) location-monitoring and 2) home detention.  The remainder of Mr. Ferguson's release conditions shall remain unchanged.

1

The Pre-Trial Services Office has no opposition to this request.  At their request, the parties

2

attach the remaining pre-trial release conditions in effect for Mr. Ferguson.

3

Defendant's undersigned counsel, Shaffy Moeel, hereby attests that Heiko Coppola,

4

counsel for the United States, concurs in the filing of this Stipulation.

5

IT IS SO STIPULATED.

6

DATED:       April 12, 2024

7

*/s/ Heiko Coppola*
HEIKO COPPOLA

8

Assistant United States Attorney

9

DATED:       April 12, 2024           */s/ Shaffy Moeel*

10

SHAFFY MOEEL
MOEEL LAH FAKHOURY LLP

11

Attorneys for Mr. Ferguson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND [PROPOSED] ORDER REMOVING CERTAIN PRE-TRIAL RELEASE CONDITIONS
CASE NO: 07-CR-120-WBS**

1

**ORDER**

2

     Accordingly, and for good cause shown, THE COURT ORDERS THAT:

3

     Based on the reasons provided in the stipulation of the parties above the Court hereby finds there

4

is good cause to remove the location-monitoring and home detention conditions of pre-trial release,

5

removes those conditions of Mr. Ferguson's pre-trial release.

6

     IT IS SO ORDERED.

7

Dated:  April 12, 2024

8

9

10

_____

DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**STIP. AND [PROPOSED] ORDER REMOVING CERTAIN PRE-TRIAL RELEASE CONDITIONS**
**CASE NO: 07-CR-120-WBS**