MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:    (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br> v.<br><br>TODD IAN FERGUSON,<br><br>           Defendant. | Case No. 07-CR-120-WBS<br><br>**STIPULATION MODIFYING PRE-TRIAL RELEASE CONDITIONS; [PROPOSED] ORDER**<br><br>_____ |

    Mr. Ferguson is charged by way of 2008 indictment for a violation of 21 U.S.C. §§ 841, 846 for conspiracy to distribute and possess with intent to distribute marijuana and possession with intent to distribute marijuana. Dkt. 40. On December 18, 2023, this Court set conditions of pre-trial release for Mr. Ferugson to include the posting of $50,000 cash bond, submission to location-monitoring by the Pre-Trial Services Office, and home detention. Dkt. 266.

    Mr. Ferguson has been in full compliance with these conditions. On April 15, 2024, by stipulation of the parties and for good cause, the Court modified Mr. Ferguson's conditions of release removing the conditions involving locating monitoring and home-confinement.

Given his record of compliance, the parties now stipulate to modify Mr. Ferguson's travel conditions so that he may 1) travel freely throughout the state of California without the need to request permission from the Pre-Trial Services Office and 2) may travel throughout the 48 contiguous states with prior approval of the Pre-Trial Services Office. The remainder of Mr. Ferguson's release conditions shall remain unchanged.

Defendant's undersigned counsel, Shaffy Moeel, hereby attests that Heiko Coppola, counsel for the United States, concurs in the filing of this Stipulation.

IT IS SO STIPULATED.

DATED:    May 1, 2024

                                         */s/ Heiko Coppola*
                                         HEIKO COPPOLA
                                         Assistant United States Attorney

DATED:    May 1, 2024                 */s/ Shaffy Moeel*
                                         SHAFFY MOEEL
                                         MOEEL LAH FAKHOURY LLP
                                         Attorneys for Mr. Ferguson

**[PROPOSED] ORDER**

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above the Court hereby finds there is good cause to modify Mr. Ferguson's travel conditions so that Mr. Ferguson may 1) travel freely throughout the state of California without the need to request permission from the Pre-Trial Services Office and 2) may travel throughout the 48 contiguous states with prior approval of the Pre-Trial Services Office.

IT IS SO ORDERED.

Dated:   May 2, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE