MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:    (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>TODD IAN FERGUSON,<br><br>            Defendant. | Case No. 07-CR-120-WBS<br><br><br>**STIPULATION MODIFYING PRE-TRIAL RELEASE CONDITIONS; [PROPOSED] ORDER**<br><br>_____ |

    Mr. Ferguson is charged by way of 2008 indictment for a violation of 21 U.S.C. §§ 841, 846 for conspiracy to distribute and possess with intent to distribute marijuana and possession with intent to distribute marijuana. Dkt. 40. On December 18, 2023, this Court set conditions of pre-trial release for Mr. Ferugson to include the posting of $50,000 cash bond, submission to location-monitoring by the Pre-Trial Services Office, and home detention. Dkt. 266.

    Mr. Ferguson has been in full compliance with these conditions. He has been living in Orange County.

-1-
**STIP. AND [PROPOSED] ORDER SETTING CONDITIONS OF RELEASE
CASE NO: 07-CR-120-WBS**

At this time, the parties stipulate to modify Mr. Ferguson's release conditions to permit him to live in Arizona. The remainder of Mr. Ferguson's release conditions shall remain unchanged.

Defendant's undersigned counsel, Shaffy Moeel, hereby attests that Heiko Coppola, counsel for the United States, concurs in the filing of this Stipulation.

IT IS SO STIPULATED.

DATED:	February 20, 2025

        */s/ Heiko Coppola*
        HEIKO COPPOLA
        Assistant United States Attorney

DATED:	February 20, 2025	    */s/ Shaffy Moeel*
        SHAFFY MOEEL
        MOEEL LAH FAKHOURY LLP
        Attorneys for Mr. Ferguson

## [PROPOSED] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above the Court hereby finds there is good cause to modify Mr. Ferguson's travel conditions so that Mr. Ferguson may live in the state of Arizona.

IT IS SO ORDERED.

Dated: February 21, 2025

_____
Honorable Jeremy D. Peterson
United States Magistrate