MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:     (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TODD IAN FERGUSON,<br><br>    Defendant. | Case No. 07-CR-120-WBS<br><br>**STIPULATION MODIFYING PRE-TRIAL RELEASE CONDITIONS; [PROPOSED] ORDER** |

On July 28, 2025, this Court sentenced Mr. Ferguson to a term of imprisonment of 12 months and 1 day for a violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(D).  Dkt. 40.  The Court ordered Mr. Ferguson to self-surrender to a Bureau of Prisons facility by September 22, 2025.  Mr. Ferguson is out on bond secured by $50,000.00.

Mr. Ferguson has been in full compliance with these conditions.

One of the conditions required that Mr. Ferguson surrender his passport and not apply for any new passports or travel documents during the pendency of this case.

1  Once released from his custodial sentence, Mr. Ferguson will return to his home in Canada.  He
2  will need travel documents to enter that country.  Given his record of compliance, the parties now
3  stipulate to modify Mr. Ferguson's release conditions to permit him to apply for a U.S. passport.
4  The remainder of Mr. Ferguson's release conditions shall remain unchanged.
5  Defendant's undersigned counsel, Shaffy Moeel, hereby attests that Heiko Coppola,
6  counsel for the United States, concurs in the filing of this Stipulation.  Likewise, the Pre-Trial Services
7  Office has been notified of this request and do not object.
8  IT IS SO STIPULATED.
9  DATED:   August 28, 2025

          /s/ Heiko Coppola
          HEIKO COPPOLA
          Assistant United States Attorney

DATED:   August 28, 2025          /s/ Shaffy Moeel
          SHAFFY MOEEL
          MOEEL LAH FAKHOURY LLP
          Attorneys for Mr. Ferguson

# [~~PROPOSED~~] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above the Court hereby finds there is good cause to modify Mr. Ferguson's release conditions to strike the condition that Mr. Ferguson not apply for a U.S. passport or other travel document.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE