MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-120-03 WBS |
| Plaintiff, | |
| v. | |
| TODD IAN FERGUSON, | **STIPULATION EXONERATING BOND; ORDER** |
| Defendant. | |

On January 11, 2024, Mr. Ferguson posted a cash bond in the amount of $50,000.00 to secure his pre-trial release on the instant case and was ordered released by this Court. [ECF. 273 and clerk's office receipt number 200004989]. As ordered by the Court, on September 22, 2025, Mr. Ferguson self-surrendered to a Bureau of Prison facility in order to serve his term of imprisonment of 12 months and 1 day.

Accordingly, at this time, the parties stipulate and agree that the $50,000.00 bond posted for Mr. Ferguson's pre-trial release should be exonerated.

Counsel for Mr. Ferguson affirms that she has permission from the assigned Assistant United States Attorney to e-file this stipulation and proposed order.

-1-
**STIP. AND ORDER EXONERATING BOND**
**CASE NO: 07-CR-120-WBS**

IT IS SO STIPULATED.

DATED: October 16, 2025

        /s/ Heiko Coppola
        HEIKO COPPOLA
        Assistant United States Attorney

DATED: October 16, 2025        /s/ Shaffy Moeel
        SHAFFY MOEEL
        MOEEL LAH FAKHOURY LLP
        Attorneys for Mr. Ferguson

## ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above the Court hereby finds there is good cause to exonerate Mr. Ferguson's $50,000.00 bond, posted as a condition of his pre-trial release.

IT IS SO ORDERED.

Dated: October 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE